Elisa Seviere, as Administratrix, etc., of Leonardo Seviere, Deceased, Respondent, v. The City of New York, Appellant.— Order modified by

imposing as a condition for the service of the amended complaint the payment of thirty dollars costs within twenty days; and as so modified affirmed, without costs of this appeal. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.